UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONEL DIAZ-SALAZAR, | ) |
| | ) CASE NO. C14-239-RAJ-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER FOR SERVICE AND FOR |
| | ) RESPONSE |
| NATHALIE R. ASHER, et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

Along with petitioner's habeas corpus petition under 28 U.S.C. § 2241, petitioner filed a motion for preliminary injunction, which is noted for March 7, 2014. Dkt. 3. Respondents have not yet appeared. Having reviewed the motion for preliminary injunction, the Court **ORDERS**:

(1) The Clerk shall arrange for service of copies of the motion for preliminary injunction (Dkt. 3), all supporting documents, and this Order by registered or certified mail, return receipt requested, upon Nathalie Asher, Field Office Director, ICE; upon Lowell Clark, Warden, Northwest Detention Center; upon John Sandwig, Acting Director, ICE; upon Juan P. Osuna, Director of EOIR; upon Jeh Johnson, Secretary of the Department of Homeland

Security; upon Eric H. Holder, Attorney General of the United States; and upon the civil process clerk of the United States Attorney for the Western District of Washington.

(2) Respondents shall file a response to the motion for preliminary injunction on or before the date their return and status report is due. *See* Dkt. 2 (ordering respondents to file a return and status report within thirty (30) days of being served with petitioner's habeas petition).

(3) Petitioner may file a reply to the motion for preliminary injunction no later than five business days after respondents file their response.

(4) The Clerk shall strike the March 7, 2014 noting date for the motion for preliminary injunction.

(3) The Clerk shall send a copy of this Order to petitioner and to the Honorable Richard A. Jones.

DATED this <u>5th</u> day of March, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge