HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONEL DIAZ-SALAZAR,

    Petitioner,

  v.

NATHALIE R. ASHER,

    Respondent.

CASE NO. C14-239RAJ

ORDER

This matter comes before the court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. The court ADOPTS the R&R (Dkt. # 13), which recommends that the court enter the order to which the parties agreed in their stipulation (Dkt. # 11). The court orders as follows:

(1) No later than April 18, 2014, the Executive Office of Immigration Review shall hold a bond hearing for Petitioner in accordance with 8 U.S.C. § 1226(a).

(2) Although the court maintains jurisdiction for the purpose of enforcing this order, the court directs the clerk to DISMISS this action in accordance with the parties' stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED this 27th day of March, 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1