HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONEL DIAZ-SALAZAR,

    Petitioner,

v.

NATHALIE R. ASHER,

    Respondent.

CASE NO. C14-239RAJ

ORDER

The court GRANTS Petitioner's motion for attorney fees (Dkt. # 16), noting that Respondent has filed a statement acceding to Petitioner's request for attorney fees in the amount of $2883.44 in accordance with the Equal Access to Justice Act (28 U.S.C. § 2412).

Respondent shall issue a check to the Petitioner for the amount of the award, and shall mail the check to Petitioner's counsel, Steve Tanijo, at the following address:

    Law Offices of Steve Tanijo
    2212 Queen Anne Ave. N., #712
    Seattle, WA  98109

DATED this 14th day of May, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1